IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MONTANA, GREAT FALLS DIVISION

| | |
|---|---|
| BEH Gaming, Ltd.; NORAM-BEH, LLC; NORAM, LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>Tanya Schmockel, in her official capacity as chairwoman and commissioner of the Chippewa Cree Tribal Gaming Commission; Caryn Sangrey, Misty Denny, Carter Coffee, and Tim Rosette Jr., in their official capacities as commissioners of the Chippewa Cree Tribal Gaming Commission,<br><br>    Defendants. | Case No. CV 17-8-GF-BMM<br><br>ORDER |

Plaintiffs BEH Gaming, Ltd; Noram-BEH, LLC; and Noram, LLC have moved to withdraw their motion for a temporary restraining order and to vacate the hearing on the motion that is scheduled for February 9, 2017, at 2:00 p.m. The motion is GRANTED. The hearing is hereby vacated, and the Clerk is ordered to make the docket reflect that the motion for a temporary restraining order (doc. 1) has been withdrawn.

Dated this 8th day of February 2017.

_____
Brian Morris
United States District Court Judge