IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MONTANA, GREAT FALLS DIVISION

| | |
|---|---|
| BEH Gaming, Ltd.; NORAM-BEH, LLC; NORAM, LLC,<br><br>        Plaintiffs,<br><br>vs.<br><br>Tanya Schmockel, in her official capacity as chairwoman and commissioner of the Chippewa Cree Tribal Gaming Commission; Caryn Sangrey, Misty Denny, Carter Coffee, and Tim Rosette Jr., in their official capacities as commissioners of the Chippewa Cree Tribal Gaming Commission,<br>        Defendants. | Case No. CV 17-8-GF-BMM<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Upon review of the Parties' Stipulation for Dismissal with Prejudice, and good cause appearing therefore,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 10th day of April 2017.

_____
Brian Morris
United States District Court Judge